IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD ERNST MULLENS,

    Plaintiff,

  v.

Case No. 18-cv-808-wmc

ADAMS COUNTY GOVERNMENT,
AND ADAMS COUNTY SOLID WASTE
DEPT.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 01/06/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |